2021.10.13.COURT: "CULLEN'S MISSION" REPORT to CONGRESS: *Hillary's CITI "GROUP", Donald's lying Blumenfeld, Whistle Blowers Veronica & me!" By* Citibank's Arrested Whistleblower - John Joseph Cullen, VP - ISBN# 978-0-578-19329-8

## United States District Court

## Southern District of New York-White Plains

**PLAINTIFF: John Joseph Cullen** _____CV _____

**DEFENDANT: Citibank, NA**     **COMPLAINT**     **Do you want a Jury Trial - YES**

### _1. BASIS OF JURISDICTION_   Federal Question: Which of your federal constitutional or statutory rights have been violated?

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

### 1ST Constitutional AMENDMENT: *"Congress shall make no law… abridging the freedom of speech, or the press…and to petition the government for redress of grievances".*

My name is John Joseph Cullen, "Citibank's Arrested Whistle blower". In 2007, my brother, a retired NYPD Lt. on D.A. Morgenthau's 2 Year Special Grand Jury investigating Wall Street Crime, and I, a Citibank VP & Trust Officer, became FALSE CLAIMS ACT- WHISLE BLOWERS, to the DOL-OSHA & NYAG Andrew Cuomo's staffs. We asked they investigate TREASONOUS TRAVELERS Solomon Smith Barney Citigroup CRIMES & COVER-UPS in my Citibank Trust Dept.

1. The COVER-UP of the 3/6/96 M-U-R-D-E-R of my predecessor, Huguette Clark's Citibank Trust Officer, Whistle Blower, JOHN B. BALLANTINE, JR. VP. The day before, he told Trust Officer STEVE KORBEL, and our boss, JAMES J. CAREY, SVP, and me, that Citibank and Don Wallace of the PIRRO LAW FIRM owe $36,000,000 + interest to the 1926 Huguette Clark Trust f/b/o Corcoran Gallery of Art in Washington, DC.

2. Investigate why a few days before Travelers Citigroup's largest shareholder, Saudi Arabia, attacked America on 9/11/01, TREASONOUS TRAVELERS R.I.C.O. Executives had Hector & Delia barcode 1st Lady Hillary Clinton's Blind Trust File, with its secret passwords, Email addresses, telephone #s, dispositive provisions, etc., and sent its DIGITAL COPY by Internet, outside U.S. Jurisdiction, to 1st stop, INDIA, for examination by the National Security Agency, without FISA WARRANTS! Hillary's file joined the digital copies of 4,600 Citibank, Trust & Estate Files, for America's richest families, STOLEN by TREASONOUS TRAVELERS R.I.C.O. Executives, and sent to 1ST Stop INDIA. Trust Families, are owed $1,000,000 each, plus interest, for BREACH of TRUST, my boss, Carey said.

1

RECEIVED
OCT 13 2021
U.S.D.C.
W.P.

Since 1/28/08, I have been WORKING, OFF-THE-BOOKS, for Citibank, against TREASONOUS TRAVELERS as Citibank's "DECOY" PRO SE- STRAWMAN PLAINTIFF in Federal court cases, Citibank created, which I NEVER STARTED, I NEVER PAID FEES; I NEVER HAD A LAWYER, evidenced by:

*Pro Se "Strawman" CULLEN v.Citibank in White Plains Federal 7:08 CV 10317 (KMK, GAY)*
*Pro Se "Strawman" CULLEN v.Citibank in White Plains Federal 7:08 CV 10318 (KMK, GAY)*
*Pro Se "Strawman" CULLEN'S Veronica v.Citibank in Brooklyn Federal 09 CV 01692 (RRM, LB)*
*Pro Se "Strawman" CULLEN v.Citibank in Wash. DC Fed. Class Action DOL 2012 SOX 00023 (SH)*

They were all HUGHES HOAX so I could continue working until my Citibank retirement date, 3/17/18, Saint Patrick's Day. When I did not get Citibank's 3/5/05 promised REISTATEMENT, BACK PAY, EXPENSES & PROMOTIONS for **"Whistle blowers Veronica & me"**, I paid $400 for a Federal Court HEARING to settle my BACK-PAY DISPUTE with TREASONOUS TRAVELOUS Solomon Smith Barney Citigroup "Citibank". However, *Democrat* U.S. Attorney Geoffrey Berman, wrote a 9 page brief to OBAMA-BIDEN appointed Judges telling them to **"DENY Whistle Blower Cullen a HEARING"** in **18-CV-6369-(VB)**, and, **19-CV-3934 (NSR).** Perhaps Berman was fearful the DOJ would be called to explain its 1998 failure to stop TRAVELERS SOLOMON SMITH BARNEY CITIGROUP violation of the 1933 GLASS-STEAGALL BANKING ACT, separating Commercial & Investment banks. Distracted by Monica Lewinsky, DOJ allowed TRAVELERS to illegally take over my Citibank Trust Department, turning it into a Criminal Enterprise.

Then, to stop publication, ***before the 11/3/20 TRUMP-BIDEN Election,*** of my:

# REPORT to UNDERLINE CONGRESS: Hillary's Citi "GROUP", Donald's lying "EARS" Blumenfeld, Whistleblowers Veronica & me (ISBN# 978-0-578-19329-8)

**The Treasonous Travelers Trio** and their **Morgan Lewis & Bockius lying lawyer, "EARS",** from *Pennsylvania*, crossed state lines, in chauffeured limousines, to "CONSPIRE" with **TRUMP HATER Manhattan District Attorney Cyrus Vance, Jr.**

"They" planted Dan Mangan's ***New York Post*** 9/6/10 article about **"Whistle Blowers Veronica & me".** Two days later 6 members of **TRUMP HATER VANCE'S** staff, on 9/8/10, questioned **"Whistle Blowers Veronica & me",** for hours, without Citibank's lawyers showing up. That unilaterally, violated and voided my Citibank Non-Discloser Agreement of 1/28/08, so I can publish my **REPORT to CONGRESS...**

with their photographs. After my brother died in 2009, TREASONOUS TRAVELERS hired an OFF-SHORE COMPANY in INDIA, to hire CLAUDETTE M*** in Hartsdale, NY, to keep taking HARASSING THREATENING long lens photos of my family, our house, our cars license plates, on at least 6 different days. TREASONOUS TRAVELERS Citibank will not give us those 100s of photos and apologize. Claudette even sent an Email to *Pennsylvania* AG, **Democrat** Kathleen Kane, about Whistle Blower me. CLAUDETTE was confronted by me on 10/29/09, then interviewed by the Eastchester Police. *Pennsylvania* AG Kane was later, arrested & put in Prison, on another matter.

**"THE 2020 Election CONSPIRATORS", to STOP PUBLICATION of my REPORT to CONGRESS..., before the 11/3/20 TRUMP-BIDEN Election, had this 2007 FALSE CLAIMS ACT-WHISTLE BLOWER ARRESTED, JAILED & GAGGED, twice, on 7/18/19 & 8/9/19. My Crimes?**

3. I had left the IRISH CODED MESSAGE my Citibank boss, James J. Carey, SVP, gave me on my Marine Corps 224th Birthday for HUGHES, when Carey's assigned "CULLEN'S MISSION", was accomplished. The previous day, 11/9/99, Citibank Chairman John Reed and Carey's ex-wife, Amy Elli***, used parts of my CHANNEL ISLANDS REPORT to testify before Senator Susan Collins' Banking Committee. Chairman Reed then made me a GRANDFATHERED & PROTECTED whistle blower who could NOT be fired before my scheduled 3/17/18 retirement. Disappointed that Reed did not discuss the MURDER, Carey assigned me, on 11/10/99 to report Travelers CRIMES & COVER-UPS in our Citibank Trust to HUGHES in Citibank's Legal Dept by PAPER TRAIL MEMO, the basis for my REPORT to CONGRESS...

**2005, March 5** -HUGHES had **"Whistle blowers Veronica & me"** sign his 12 page, 3/5/05 **NANCY REPORT** on the RUTH ANSELM HERZOG Trust. HUGHES did not want pregnant **Nancy**, an Irish-Catholic, who could not have an ABORTION, to return to our office!!! Would "Nancy's Baby" look like the father? Nancy's Travelers Team had illegally opened up the RUTH ANSELM HERZOG TRUST, without ever meeting RUTH, an elderly, NAZI HOLOCAUST SURVIVOR, unable to be Trust Grantor & sign Documents, because she was previously adjudicated an incompetent. **"Whistle Blowers Veronica & me"**

where subpoenaed, by cheated family members, Joan & CIA AGENT Roy. We testified that THE NYS JUDGE, "knew" they were intestate distributes in California, yet "THE JUDGE" illegally used her "Power of Substitution" to benefit "THE JUDGE'S" favorite charity in Israel. RUTH & her husband "NEVER" CONTIBUTED to the JUDGE'S CHARITY. Cheated Joan & CIA AGENT Roy said their mother never told them they were Jews. They contacted **TRUMP HATER VANCE,** who called **"Whistle blowers Veronica & me"** to testify, for hours, on 9/8/10, without Citigroup's lawyers present.

"Isn't it Grand Boys" is the "IRISH CODE" song with words, "The longer you live, the sooner you die". It is the "KEY", my boss Carey said, for HUGHES to unlock Citibank's "GLORY GATE", after "CULLEN'S MISSION" was done. The message was intentionally misinterpreted as a death threat, by **TRUMP HATER VANCE,** because Cuomo 12/27/07 and Vance 9/8/10, failed to investigate whistle blower Whistle Blower Ballantine's 3/6/96 M-U-R-D-E-R, (please sit down) "because" the 3/6/96 M-U-R-D-E-R happened in Bernardsville, NJ, "outside New York State's jurisdiction"!!!

4. I "PUBLISHED" *DRAFT preview pages for review of my part of Citibank's upcoming* **REPORT to CONGRESS...** by emails, from my home, outside NYC Jurisdiction, *to the FBI & a few of the 4,619 VICTIMS of TRAVELERS 1998 violation of the 1933 GLASS-STEAGALL ACT.  When Travelers ILLEGALLY took control of my Citibank Trust Dept after 4/6/98, TRAVELERS quickly violated FIDUCIARY TRUST & ESTATE LAWS, turning my Citibank Trust Dept. into a CRIMINAL ENTERPRISE.  My parts of* Citibank's 11/9/99 follow-up REPORT to CONGRESS... details when Monica Lewinsky distracted POTUS CLINTON & CONGRESS. GOLDMAN SACHS partners, Clinton's U.S. Treasury Secretary Robert Rubin and Bush's Henry Paulson, could generate more merger business for their GOLDMAN SACHS company, by having the 1933 GLASS STEAGALL ACT, which separated Commercial & Investment Banks, repealed. They & THE DOJ allowed Sandy Weill's TRAVELERS SOLOMON SMITH BARNEY CITIGROUP to violate the 1933 GLASS-STEAGALL Act, and buy my Citibank for $70 Billion.

Then 10 years later, when ***Democrats*** OBAMA-BIDEN won the White House, GOLDMAN SACHS' U.S. TREASURY SECRETARY, Henry Paulson, gave $45

BILLION of TAXPAYER T.A.R.P. money to TRAVELERS SOLOMON SMITH BARNEY CITIGROUP CITIBANK to keep it AFLOAT. TREASONOUS TRAVELERS SOLOMON SMITH BARNEY CITIGROUP CITIBANK was "TOO BIG TO FAIL". Hank Paulson's GOLDMAN SACHS partner, Clinton's former Treasury Secretary, Robert Rudin, then started working "inside" TREASONOUS TRAVELERS Citigroup, and was paid $126 million over 10 years (Oct.1999-2009) during Wall Street's "Mortgage Backed Securities" Credit Crunch, which caused "THE GREAT RECESSION" of 2008.

Travelers spent $millions of its $45,000,000,000.00 in 2008 TAXPAYER T.A.R.P. money on hiring former Nixon & Bush's White House Counsel FRED FISHER FIELDING'S new law firm, Morgan Lewis & Bockius, to HARASS this 2007 FALSE CLAIMS ACT -WHISTLE BLOWER, me, with the above 4 "HOAX" FEDERAL CASES, which I did not start, nor pay any fees, or have a lawyer. I just showed up in Courts in White Plains, Brooklyn, and Wash. Without a lawyer, while HUGHES worked with the NJ STATE TROOPERS to solve the 3/6/96 MURDER, he said. . As Citibank's PRO SE "STRAWMAN PLAINTIFF" verses Citibank for 10+ years. I collected boxes of evidence, which I "lent" to law enforcement, TREASONOUS TRAVELERS & its Morgan Lewis & Bockius lying lawyers. "EARS" was hired with Travelers 2008 TAXPAYER T.A.R.P. money to cover-up the 3/6/96 M-U-R-D-E-R of Whistle Blower Ballantine and theft of the digital copy of 4,600 Citibank Trust & Estate Files, by TREASONOUS TRAVELERS R.I.C.O. Executives, and sent, by Internet, outside U.S. Jurisdiction, to 1st stop INDIA, for examination by the NSA, without warrants!

NOTE: *Jailed again on 8/9/19 in the 7th Fl cell, at One Hogan Place, by Federal Agent, "Ruben" and NYC Detective Milton Lopez for being Citibank's WHISTLE BLOWER against TRAVELERS, the 3 of us witnessed 5 Detectives, having lunch. They were laughing "JEFFREY WAS GOING TO GET "STREET JUSTICE", TONIGHT! That night, POTUS CLINTON'S buddy, EPSTEIN, was executed in his jail cell, "by suicide".*

As evidenced by my FALSE ARRESTS :(**CR-026194-19NY & CR-023437-19NY**) The IRISH CODE simply meant "CULLEN'S MISSION" of 11/10/99 was accomplished! It

is past my Citibank Agreed 3/17/18 Retirement. I HAND DELIVERED my part of the REPORT to CONGRESS...to :( R) PETER KING 8/26/15, U.S. Atty MARK MISORECK 4/17/18, :( D) KATHLEEN RICE 6/1/18, Pittsburgh Federal Court 6/25/18. I simply wanted to turn in my part of the REPORT to CONGRESS...to HUGHES, get Citibank's, 3/5/05 promised, REINSTATEMENT, BACK PAY, EXPENSES, & PROMOTIONS, for **"Whistle Blowers Veronica & me"** buy the AIRSTREAM, tour the U.S.A., THE U.S.A.!

5. **TRUMP HATER VANCE "WITHHELD the EVIDENCE"** from my 3 Court Appointed, Gov't paid, "PUBLIC DEFENDERS", the:

   (a) 100+ EMAILS sent from my home, outside NY City jurisdiction, to the FBI,

   (b) the recorded call I made, with the IRISH CODE, to my 11/10/99 Citibank assigned in-house-lawyer, HUGHES, saying it is past 3/17/18, I want to TURN in my part of the updated REPORT to CONGRESS..., get paid, and RETIRE!

   (c) the C-SPAN 11/9/99 taped interview with Citibank Chairman John Reed, and my boss, Carey's, ex-wife, Amy, using my CHANNEL ISLAND REPORT.

   (d) Citibank's HOAX, the TRANSCRIPS of my, undercover, work for Citibank against Travelers, as:

*Pro Se "Strawman" CULLEN v.Citibank in White Plains Federal 7:08 CV 10317 (KMK, GAY)*
*Pro Se "Strawman" CULLEN v.Citibank in White Plains Federal 7:08 CV 10318 (KMK, GAY)*
*Pro Se "Strawman" CULLEN'S Veronica v.Citibank in Brooklyn Federal 09 CV 01692 (RRM, LB)*
*Pro Se "Strawman" CULLEN v.Citibank in Wash. DC Fed. Class Action DOL 2012 SOX 00023 (SH)*

   I never filed those Federal claims, and never paid Court fees. They were **THE HOAX** to DISTRACT, DELAY & DENY the CRIMES I reported to Cuomo, Vance, FBI, etc.

6. **TRUMP HATER VANCE: "WITHHELD the WITNESSES"** from Defense:

   (a) THE TREASONOUS TRIO who had me ARRESTED, JAILED & GAGGED, twice, to STOP PUBLICATION before the 2020 TRUMP BIDEN election. **I have the right to confront my accusers, HUGHES, CAROLAN & BLUMENFELD!!!**

   (b) MURDERED Whistle Blower Ballantine's Assistant, Veronica.

   (c) Senator Susan Collins who is in the 11/9/99 C-SPAN tape with Chairman Reed and Carey's ex-wife, Amy, discussing my Channel Islands REPORT!

   (d) NANCY, from Travelers, the subject of the 12 page 3/5/05 NANCY REPORT, HUGHES had **"Whistle blowers Veronica & me"** sign.

   (e) DOL-OSHA & NYAG employees to discuss my office visits starting 2/07.

(f) Hazel El***, Veronica's boss, White Men managers, Ed A. & big Bob F., in Carolan's BOOM BOOM ROOM on 3/9/07

(g) White House Counsel Fred Fischer Field*** of Morgan Lewis & Bockius and his law partners: "EARS" Blumenfeld, Sherri Dillon***, Leslie R. Caldwell, Steve Alexander, etc.

**(i)** ***U.S. Atty PREET BHARARA*** to discuss my 9/21/12 office visit,

(j) Congressman ***PETER KING*** to discuss Veronica, Delia & my 2015 office visits

**(k)** **U.S. Atty MARK MISORECK** to discuss his 4/17/18 Fed Court summons **&** what he did with the my 4/16/18 DRAFT 134 pages of my REPORT to CONGRESS..., which he took, and would not return, WITHOUT A WARRANT!

**(l)** **Congresswoman** ***KATHLEEN RICE*** to discuss my 6/1/18 office visit what she did with the 4/16/18 DRAFT 134 pages of my REPORT to CONGRESS

(m) **U.S. Atty Geoffrey Berman** to discuss his 9 page "UNBELIEVABLE" filing with "Judge" Briccetti in **"Cullen v. Citibank 7:18-CV-06369- (VBriccetti)"** **Berman told Briccetti to deny (Whistle blower) Cullen a HEARING** *(so Cullen can't call witnesses to tell about the NSA examining the digital copy of 4,600 Citibank Trust & Estate files of America's richest families, without FISA Warrants!!!*

(n) The 4 ***FBI AGENTS, & 6 DOL-OSHA agents I asked to investigate Travelers***

(o) ***New York Post*** reporter Dan Mangan about the source of his 9/6/10 Article about **"Whistle blowers Veronica & me"**

(p) **TRUMP HATER VANCE** own 9/8/10 staff who 2 days after the planted ***New York Post*** article questioned **"Whistle Blowers Veronica & me"** for hours, without Citibank's promised lawyers to advise us. This unilaterally, violated and voided my Citibank NDA, allowing me to PUBLISH my part of the REPORT TO CONGRESS...

7. **TRUMP HATER VANCE ILLEGALLY denied FALSELY ARRESTED JAILED & GAGGED me a JURY TRIAL, "NINE", "9" times, during my NYS COURT "ORDERED" appearances at 100 Centre Street, NYC, on 7/18/19, 8/9/19 AM & PM, 9/16/19, 11/19/19, 12/11/19, 12/16/19 & 1/23/20 AM & PM.**

8. **TRUMP HATER VANCE "Withheld the VICTIMS" from Defense** by refusing to let my, Court Appointed, gov't paid, "Public Defenders" summon any of the 4,619 Families who are VICTIMS of TRAVELERS CitiGROUP, like:( 1st Lady Hillary Clinton, the family M-U-R-D-E-R-E-D Citibank employee Whistle Blower JOHN B. BALLANTINE, JR., the family of Citibank witness STEVE KORBEL, VP, killed 5/13/19, before 5:22 AM, on a dark lonely section of the Montclair, NJ train tracks, before he could testify.

9. **TRUMP HATER VANCE "Withheld the Police Officers" from defense** who were at the 3/6/96 Bernardsville, NJ & 5/13/19 Montclair, NJ scenes

10. **TRUMP HATER VANCE treated me like an ENEMY OF THE STATE.** I wanted to question employees of the National Security Agency! Under what authority did the NSA examine the digital copy of 4,600 Citibank confidential Trust & Estate files, for America's richest families, STOLEN by TRAVELERS and sent by INTERNET, to INDIA???

11. **TRUMP HATER VANCE did not allow defense to question OBAMA-BIDEN appointed *Democrat* Federal "Judge" NELSON E. ROMAN.** I paid $400 and filed *7:19-CV-03934-(NSR)* for my back-pay claim against Citibank. But, just one day after my Citibank co-witness STEVE KORBEL, VP'S BATTERED, BROKEN, BODY was found at 5:22 AM on 5/13/19 on a lonely, dark section of Montclair, NJ Train Tracks, **Obama-Biden appointed *Democrat* Federal "Judge" NELSON E. ROMAN** did not even have the human decency, to wait until 53 year old STEVE KORBEL'S remains were buried!! UNBELIEVABLY, next day, on **5/14/19, "Judge" ROMAN issued his "ORDER DENYING (2007 WHISTLE BLOWER) CULLEN a HEARING, and, wrote I am subject to "SANCTIONS" if I tried, again, to present my back-pay claim.** (Like Michigan Federal Judge Linda V. Parker putting "SANCTIONS" against 9 TRUMP lawyers: Sidney Powell, L. Lin Wood, etc.)

**2007, Feb.-** I COMMITTED "CAREER" SUICIDE for Citibank against Travelers by contacting both the DOL-OSHA & NYAG Cuomo's staff in 2007. It is "UNBELIEVABLE" that a 2007 FALSE CLAIMS ACT-Whistle Blower is "BARRED" in 2019 from using the Federal Courts to REDRESS my (BACK PAY)

GRIEVEANCES against Citibank, when LAW ENFORCEMENT allowed Travelers to buy, for $70,000,000,000.00 in 1998, in violation, of the 1933 GLASS STEAGALL ACT. "Follow the money, bankers say." Who lent $70 Billion to Sandy Weill at Travelers to get the tax depreciation – operating expenses deduction, so Travelers Citigroup tax rates would fall dramatically???????

12. **TRUMP HATER VANCE did not allow defense to CALL WITNESS EMPLOYEES:** Betty O, Carolan, Christine, Delia P, Edward A., Henry C., Hope H., Isabel M.M., HUGHES, Linda A., Loren S., Marge N., Maureen C., Michael F., NANCY E., Richard M., Robert F., Robin K., Rochelle M., Susan F., Valerie C., Joe V., 3/9/07 Boom Boom Room victims Hazel E., Veronica J., etc.

13. **TRUMP HATER VANCE did not allow defense to question Vance's ARRESTING OFFICERS,** NY "CITY" Police Detectives, Cozzi & Lopez, who falsely lured me into NYC to FALSELY ARREST, JAIL & GAG this 2007 Westchester County FALSE CLAIMS ACT-WHISTLE BLOWER *twice*, on 7/18/19 & 8/9/19 to STOP Publication of my **REPORT to CONGRESS...** before the 2020 TRUMP-BIDEN Election, See :( **CR-026194-19NY & CR-023437-19NY).**

14. ***TRUMP HATER VANCE*** NY "City" Det. Lopez & Federal Agent "Ruben" put whistle blower me, a diabetic on water pills, in HANDCUFFS, then into a 7th Floor jail cell, without water or a toilet, and did NOT tell me my MIRANDA RIGHTS, before questioning me for hours, without water or a bathroom break.

15. ***TRUMP HATER VANCE*** NY "City" Det. Lopez & Federal Agent "Ruben" did NOT let me make my ONE CALL to my lawyer, Citi "BANK" 11/10/99 assigned in-house-lawyer, HUGHES.

16. ***TRUMP HATER VANCE*** NY "City" Det. Lopez & Federal Agent "Ruben" questioned me, for hours, without my lawyer present, while copies were made WITHOUT a WARRANT of the contents of my canvas Citigroup Trust bag, with its RED WHISTLE, holding my cell phone & my laptop, and my research papers, WITHOUT A WARRANT!!!

17. ***TRUMP HATER VANCE*** NY "City" Det. Lopez & Federal Agent "Ruben" had me do HANDCUFFED perp walks past HARVEY WEINSTEIN reporters (*Just like*

*TRUMP HATER VANCE did to POTUS Trump's CFO Allen Weisselberg on July 1, 2021, 30 years after our 1993 Estate Planning session for Marla & Tiffany.)*

18. *TRUMP HATER VANCE* NY "City" Det. Lopez & Federal Agent "Ruben" threatened if I did not sign the "ORDERS of PROTECTIONS" they were **under** *TRUMP HATER VANCE'S Orders* to lock me in an **"IRISH" PADDY WAGON"** and send me to **Rikers Island to be "knifed to death"** by the **Bloods & Crips,** because **"NOBODY LIKES RATS, SQUEALERS or Whistle Blowers".**

19. My NYS Court Assigned, "PUBLIC DEFENDERS" (Carly Bisceglie, Edward McCarthy and Lawrence Omansky witnessed me being GAGGED for months and **TRUMP HATER VANCE** refusing to give me a JURY TRIAL NINE TIMES, on 7/18/19, 8/9/19 AM & PM, 9/16/19, 11/19/19, 12/11/19, 12/16/19 & 1/23/20 AM & PM, *before the 11/3/20 TRUMP / BIDEN Presidential Election, to stop me from sending a subpoena to any of the 4,619 Travelers victims, like FIRST LADY HILLARY CLINTON, Clifton Truman Daniel, VP Dan Quayle…,*

20. **TRUMP HATER VANCE** would not let me question the two DOL-OSHA Agents, Woods & Buoneto, who pushed into my home in Jan 19, 2018, telling me NOT to go to the DOL-OSHA Office in Westbury, LI on 1/30/18 & DO NOT HAND DELIVER my Freedom of Information Act (FOIA), request for the "HOAX" FEDERAL COURT records of DOL-2012-SOX-00023. It was 1 of the 4 Federal cases arranged by *Citibank* using me as Citibank's PRO SE **"STRAWMAN PLAINTIFF"** v. Citibank. HUGHES needed more time with the NJ STATE TROOPERS to work on solving who M-U-R-D-E-R-E-D Whistle blower Ballantine on 3/6/96!

21. **TRUMP HATER VANCE** would NOT let me summon NY City Police Detective Anthony Cozzi, who called my home, at night, Jan 14, 2019. COZZI slurred his words as if he were a DRUNK, or a STROKE VICTIM, saying, (TRAVELERS SOLOMON SMITH BARNEY Citi "GROUP" does not want me contacting my Citibank lawyer, *HUGHES.* Why is **TRUMP HATER VANCE** getting away with withholding the evidence tape of that NYPD recorded COZZI/CULLEN conversation?

22. **TRUMP HATER VANCE**-would not let me tell a JURY about Trust Officer STEVE KORBEL, a witness to the 3/6/96 M-U-R-D-E-R. Steve's body was found on 5/13/19 at 5:22AM on the Montclair, NJ train tracks, just days after I emailed our co-workers a progress report and new White Plains FEDERAL

CASE # 7-19-CV-03934-NSR.  Is it VERY SUSPICIOUS that HUGHES, CAROLAN & BLUMENFELD were not seen at Steve's 5/18/19 MEMORIAL SERVICE? Then they had Whistle blower me ARRESTED, JAILED & GAGGED to stop publication before the 2020 TRUMP/BIDEN Election of my:

**REPORT to _CONGRESS_: Hillary's Citi "GROUP", Donald's lying _"EARS"_ Blumenthal, Whistle Blowers Veronica & me!**          **(Reserved ISBN# 978-0-578-19329-8)**

23. **TRUMP HATER VANCE** would not let me present the 6/30/15 & 8/26/15 photographic evidence that **"Whistle Blowers Veronica & me"** and Delia met with Congressman Peter King's staff, asking for an investigation of **TRAVELERS R.I.C.O. Citi GROUP** Executives after HILLARY CLINTON announced 4/12/15 she was running for POTUS.  I lent King's staffers the 8/25/15 - DRAFT 98 page of my REPORT to CONGRESS…

24. **TRUMP HATER VANCE** would not let me present the 9/17/15 WHITE PLAINS FEDERAL COURT evidence that JUDGE KARAS "ORDERED" me to preserve & protect the box of Citi Trust homework documents 3/9/07 BOOM BOOM ROOM VICTIM Veronica's husband, Dennis, put into their garage to be picked up our boss, CAROLAN.  However, CAROLAN never collected Citi's property nor apologized to Dennis for putting his wife, Veronica, into the BOOM BOOM ROOM for hours on 3/9/07 until Veronica was HOSPITALIZED for weeks & PERMANENTLY DISABLED!

25. **TRUMP HATER VANCE** would NOT let me "PRESENT the EVIDENCE" that in a QUID QUO PRO, for the $45 Billion infusion, Travelers Smith Barney R.I.C.O. Citi "GROUP" Chairman VIKRAM PANDIT, from India,  used $millions of 2008 TAXPAYER T.A.R.P. MONEY, to hire RICHARD NIXON'S & H.W.Bush'S & George W. Bush's former White House Counsel FRED FISHER FIELDING'S 2009 MORGAN LEWIS & BOCKIUS partner, lying "EARS" Blumenfeld to HARASS me! Since Jan 2009, when President Obama-Biden took office, "EARS" Blumenfeld, was paid with TAXPAYER T.A.R.P. $ to HARASS, ARREST, JAIL & GAG this 2007 FALSE CLAIMS ACT-WHISTLE BLOWER, who repeatedly asked law enforcement to investigate Travelers.

26. **TRUMP HATER VANCE** would NOT let me subpoena CLAUDETTE MAIR. After Tommy died 6/9/09 Travelers Citi "GROUP" hired an offshore company in INDIA, to hire CLAUDETTE MAIR in Hartsdale, NY to come to my Eastchester,

NY home.  MAIR took long lens photos, at least six times, from her husband's blue car, NY Lic # ELW 2047, of my family, our house, our cars license plates, etc. MAIR intimidated me into NOT testifying to ***Democrat*** POTUS Obama's Comptroller of the Currency, as demanded by Travelers Trust Client, (CIA AGENT?) Roy Alan Durham! Mair's HARASSMENT only stopped when I turned her over to the Eastchester, Police, after our son retired from the EPD on 10/31/09.

27. **TRUMP HATER VANCE** would not let me present my 11/11/14 Cell phone VIDEO evidence I took employee witness Delia at the 101 Park Ave., NYC office of MORGAN LEWIS to have her testify to Morgan Lewis Criminal Defense lawyer, "EARS" Blumenfeld about his Travelers R.I.C.O CLIENTS, COMMITTING TREASON, betraying FIRST LADY HILLARY CLINTON just few days before the 9/11/01 SAUDI ATTACK on our American Homeland!!!

28. **TRUMP HATER VANCE** would not let me present evidence I sent several emails to Democrat Senator Schumer, et al, BEFORE THE "2016" ELECTION, asking for an investigation of why **Travelers Solomon Smith Barney R.I.C.O. Citi GROUP Executives COMMITTED TREASON** sending the digital copy of FIRST LADY & NYS SENATOR HILLARY CLINTON BLIND TRUST FILE, by Internet, outside U.S. Jurisdiction, to first stop INDIA, for examination by the National Security Agency. At the 9/11/16 memorial service in NYC, Senator Schumer and Hillary met & talked.  Did Senator Schumer tell Hillary that Travelers R.I.C.O. Executives sent the her BLIND TRUST FILE to INDIA? Because Hillary suddenly collapsed, and, was carried by her Secret Service Detail to her Limo, without her shoe.  Hillary quit campaigning for days, skipping Wisconsin, costing her the 2016 election.

29. **TRUMP HATER VANCE** would NOT let me "PRESENT the EVIDENCE" that on 9/16/98 ***HUGHES*** made me sign his ATTORNEY RETENTION LETTER, hiring the out-house lawyer WALLY B***, from the ALBERT PI*** LAW FIRM.  Wally demanded a $10,000 payment, OR, he would have the Westchester District Attorney, Jeanine Pi***, "RUIN THE POLICE CAREERS" of my Cop brother and our Cop sons.  Wally also threatened there "could be" another "COP-SHOT" incident, like 3/21/96 and 2/27/98, (when GOD saved my son and nephew!) In fear for my family's safety, I signed HUGHES' attorney retention letter, so

TRAVELERS CITIGROUP could hire Wally for $10,000.00 to "Supervise" the FALSE FIDUCIARY HEUGUETTE CLARK ACCOUNTING, which "**Whistle blowers Veronica & me",** and Rochelle Me***, refused to sign.

30. ***TRUMP HATER VANCE, before the 2020 TRUMP – BIDEN ELECTION, would NOT let me present the evidence*** that Travelers Citi "GROUP" R.I.C.O Execs illegally DOUBLED DIPPED Statutory Trustee fees with its Affiliates, making FOOLS of the Washington, DC Atty General & NYS ***Democrats*** NY Atty Generals ELLIOT SPITZER & ANDREW CUOMO!

2020, MARCH 11-The World Health Organization declared COVID-19 a world-wide pandemic, America, its COURTS, and JUSTICE in the World begins to shut down.

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

## 2nd Constitutional Amendment: "...the right of the people to keep and bear arms shall not be infringed..."

I did not threaten to shoot anyone! Yet during my FALSE ARRESTS on 7/18/19 & 8/9/19 for writing WHISTLE BLOWER EMAILS to the FBI, et al, about TRAVELERS CitiGROUP CRIMES & COVER-UPS in my Citibank's Trust Dept, *Without a HEARING*, I was forced, IN HANDCUFFS, to sign ORDERS OF PROTECTIONS. I had to AGREE NOT TO POSSESS FIRE ARMS, or else I would be sent to RIKERS ISLAND. Lopez & Ruben said the Bloods & Crips would be told I was a "RAT", a "SQUEALER", so they will "KNIFE ME TO DEATH", because "NO ONE LIKES RATS, SQUEALERS or WHISTLE BLOWERS!"

**Without a HEARING, the "ORDERS of PROTECTIONS" say I can NOT "POSSESS FIRE ARMS", and, I CAN NOT have HOMOSEXUAL CONTACT with the 3 men who had me ARRESTED, JAILED & GAGGED, to stop PUBLICATION of my REPORT to CONGRESS...before the 2020 TRUMP-BIDEN ELECTION!**

The U.S. Marines taught me, for six years, GUN SAFETY. Also, I am NOT NOW, and NEVER WAS a member of the LGBTQ PEDOPHILE "Community". In fact, I am HOMOPHOBIC since the ugly incidents in Bronx BOY SCOUT Troop 115!

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**4th Constitutional Amendment: "…the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated…"**

One month before my 3/17/18 scheduled retirement from Citibank, I received a summons to appear in Long Island Federal Court at 10AM, 4/17/18, by U.S. Attorney MARK MISORECK and his 6 men, uniformed, armed, Homeland Security SWAT UNIT.  Misoreck took, WITHOUT A WARRANT, and has NOT returned, 134 pages of the 4/16/18 DRAFT of my INTELLECTUAL PROPERTY:

**REPORT to _CONGRESS_: Hillary's Citi "GROUP", Donald's lying _"EARS"_ Blumenfeld, Whistleblowers Veronica & me (ISBN# 978-0-578-19329-8)**

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**5th Constitutional Amendment "…No person shall be held for a capital, or otherwise infamous crime, unless on a presentation or indictment of a Grand Jury…" "…nor shall any person be subject for the same offense to be _twice_ put in jeopardy of life or limb, nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, _WITHOUT DUE PROCESS OF LAW_…"**

**TRUMP HATER VANCE denied me a JURY TRIAL, "9" times, during my NYS COURT "ORDERED" appearances at 100 Centre Street, NYC, on 7/18/19, 8/9/19 AM & PM, 9/16/19, 11/19/19, 12/11/19, 12/16/19 & 1/23/20 AM & PM.** I was **ARRESTED, JAILED & GAGGED "TWICE" on 7/18/19 & 8/9/19** for the same charge, PUBLISHING, email preview DRAFT pages for review of my REPORT to CONGRESS… as evidenced by both **(CR-026194-19NY & CR-023437-19NY)**!

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**6TH Constitutional Amendment: "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district (Westchester, County) wherein the crime shall have been (allegedly) committed…to be confronted by the (3) witnesses against him; (Carolan, Hughes & Blumenfeld) to have**

compulsory process for obtaining witnesses to his favor, and have the assistance of (*Competent*) counsel for his defense."

Nine times, 9 Times, NINE TIMES, during my NYS COURT ordered appearances on 7/18/19, 8/9/19 AM & PM, 9/16/19, 11/19/19, 12/11/19, 12/16/19 & 1/23/20 AM & PM, **TRUMP HATER VANCE** refused to let my, Court appointed, gov't paid, "Public Defenders", **CONFRONT the 3 witnesses against me,** (Carolan, Hughes & Blumenfeld) **and EXAMINE the EVIDENCE** cited in **TRUMP HATER Vance's** indictments of this 2007 FALSE CLAIMS ACT-WHISTLE BLOWER. **TRUMP HATER Vance denied me a JURY TRIAL 9 TIMES** so I could NOT SUBPOENA WITNESSES, for questioning UNDER OATH during a JURY TRIAL.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**7th Constitutional Amendment: "In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall preserved..."**

**2005, Mar. 5**-Citibank's HUGHES had **"Whistle blowers Veronica & me"** COMMIT "CARRER" SUICIDE by signing his 12 page NANCY REPORT against the Travelers Team for bringing in the RUTH ANSLEM HERZOG TRUST.

I paid $400 in Federal Court fees and filed *"Cullen v. Citibank 7:18-CV-06369-(VB)"*. However, *Democrat* SDNY U.S. Attorney Geoffrey Berman, Bharara's successor, wrote 9, unsolicited, pages to *Democrat* Obama-Biden appointed *Democrat* Federal Judge VINCENT L. BRICCETTI telling BRICCETTI to "DENY (Whistle blower) CULLEN a HEARING".

Berman DID NOT WANT his predecessor, TRUMP fired 3/20/17 SDNY U.S. Atty PREET BHARARA, (born in INDIA) called to testify, under oath, before a JURY about the 24 pounds of the above Federal COURT documents I LENT to Bharara & Wendy Olson-Clancy, on 9/21/12, to investigate. Why was the digital copy of 1ST LADY HILLARY CLINTON'S BLIND TRUST FILE sent to INDIA, just a few days before the 9/11/01 SAUDI ARABIAN ATTACKS on AMERICA? Was it to trick the U.S.A., THE U.S.A. again, (Lebanon 1983) into attacking Saudi Arabia's rivals, this time in AFGHANISTAN, IRAQ, & SYRIA?

*(Little did I know on Sept. 21, 2012, when I "LENT" the 24 pound box of evidence from the above 4 Federal Court Cases to U.S. Atty Preet Bharara from INDIA, that POTUS TRUMP would JUSTIFIABLY FIRE Bharara in March 2017 and fire his successor Geoffrey Berman, 6/20/20! Both failed to investigate:*

*(A)  Whistle blower Ballantine's 3/6/96 M-U-R-D-E-R*

*(B) why the digital copies of 4,600 Citibank's Trust & Estate Files for America's richest families, like 1st Lady Hillary Clinton, STOLEN BY TRAVELERS Citi GROUP, were sent by Internet, outside U.S. Jurisdiction, to first STOP, INDIA for examination by the NSA, WITHOUT FISA WARRANTS?)*

To be CLEAR, CHRYSTAL CLEAR, in light of **Democrat** "Judge" ROMAN'S threat of Federal "SANCTIONS" against me if I try to use the Courts to get my Citibank promised back pay, **this claim is about my false arrests, and being jailed & gagged, TWICE, TO STOP PUBLICATION, BEFORE THE TRUMP-BIDEN 2020 ELECTION** and denial of my CONSTITUTIONAL RIGHT TO DUE PROCESS, denied a JURY TRIAL, NINE TIMES for publishing, BY EMAIL, DRAFT PREVIEW PAGES, of my:

## REPORT to <u>CONGRESS</u>: *Hillary's Citi "GROUP", Donald's lying <u>"EARS"</u> Blumenthal, Whistle Blowers Veronica & me*(ISBN# 978-0-578-19329-8)

++++++++++++++++++++++++++++++++++++++++++++++++++

**13th Constitutional Amendment: "Neither Slavery or involuntary servitude, except as punishment for a crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their Jurisdiction."**

I was ordered by my Citibank boss, James Carey, SVP, on 11/10/99, to **"WORK" for CITIBANK**, documenting Travelers Solomon Smith Barney CitiGROUP CRIMES & COVER-UPS in our Citibank Trust Dept, up to my 3/17/18 agreed retirement date. **"Whistle Blowers Veronica & me"** are like **BLACK SLAVES in cotton fields.** We worked for years "Harvesting" Evidence Carey "ORDERED" me to collect, evidenced by:

*Pro Se "Strawman" CULLEN v.Citibank in White Plains Federal <u>7:08 CV 10317 (KMK, GAY)</u>*
*Pro Se "Strawman" CULLEN v.Citibank in White Plains Federal <u>7:08 CV 10318 (KMK, GAY)</u>*

2021.10.13.COURT: "CULLEN'S MISSION" REPORT to CONGRESS: *Hillary's CITI "GROUP", Donald's lying Blumenfeld, Whistle Blowers Veronica & me!*" By Citibank's Arrested Whistleblower - John Joseph Cullen, VP - ISBN# 978-0-578-19329-8

*Pro Se "Strawman" CULLEN'S Veronica v.Citibank in Brooklyn Federal 09 CV 01692 (RRM, LB)*
*Pro Se "Strawman" CULLEN v.Citibank in Wash. DC Fed. Class Action DOL 2012 SOX 00023 (SH)*

And, the boxes of evidence I was told, by Citibank's Carey, to collect, which KARAS ORDERED me to HOLD, now BELONG TO ME, after my 3/17/19 RETIREMENT, still without promised back pay & interest since 1/28/08!!!

**BACKGROUND:**

**1950s** As wee lads of a mixed couple, an orphaned Scott & an Irishman, living in a 1 bedroom walk up tenement in the South Bronx, with a view of the bright lights on the top of Rockefeller's RCA Building, Tommy and I were taught the Jewish Commandments in St. Luke's, by Catholic Nuns dressed in Islamic Burkas, that **"GOD WORKS IN MYSTERIOUS WAYS".** Irishman Edmund Burke was often quoted: **EVIL TRIUMPHS WHEN GOOD MEN DO NOTHING!**

**Ironically,** Tommy became a NYPD Lieutenant, working 10 years as a "DECOY" Hasidic Jew getting <u>BEAT-UP by Christians</u>. I became a Citibank VP & Trust Officer, "DECOY" PRO SE "STRAWMAN PLAINTIFF" in Federal Cases, Citi created, getting <u>BEAT-UP by Jewish lawyers</u>. **"GOD WORKS IN MYSTERIOUS WAYS"**

**1961-67**- To be a U.S. Marine, I, twice, took *THE LIFETIME OATH* to **"DEFEND against "ALL" ENEMIES Foreign & Domestic".**

My 6th Comm Battalion, based in Ft. Schuyler, in the Bronx, was lucky. We were NOT SENT to invade Vietnam, Laos & Cambodia to DEFEND the U.S.A., THE U.S.A. We were sent to North Carolina & Virginia to witness Black Families "being allowed" to use the "Whites Only" Laundromat, in Greenville, NC, from midnight to 6AM in the morning. In March 1962, I refused to leave a Jacksonville, NC restaurant because it would NOT SERVE my Black U.S. Marine buddy; 4 White Military Police dragged the two of us out of the restaurant, into its back alley, for a "Chat". In 1965 Virginia, I walked through the "Blacks Only" door, of a back road dinner and asked for two burgers and 2 Mountain Dew sodas, to go, which was UNBELIEVEABLE!

**1967**-Fordham University Nights, 302 B'way, NYC, Prof. Curran, Business Law 101! He caught me cutting his class to simultaneously take a Philosophy course, so I could graduate a semester early. Scuttlebutt was my 6th Comm Bn was being sent to Vietnam. To make up for the cuts, Curran gave me an extra 10 page paper, **"THE RULE AGAINST PERPETUITY".** I had gotten all A's but Curran lowered my semester grade to a B+ as punishment for being over-cut. I said, Sir, we have a CONTRACT, I

2021.10.13.COURT: "CULLEN'S MISSION" REPORT to CONGRESS: *Hillary's CITI "GROUP", Donald's lying Blumenfeld, Whistle Blowers Veronica & me!* By Citibank's Arrested Whistleblower - John Joseph Cullen, VP - ISBN# 978-0-578-19329-8

did your extra 10 page paper, which you marked A+! Curran, asked, is our CONTRACT in WRITING? I replied, Sir, we have an **ORAL CONTRACT**, I WANT JUSTICE!!! Curran snickered saying: **"Cullen, if you want to see JUSTICE, go to the Bronx Court House on 161st! JUSTICE is standing "OUTSIDE" the Court House! JUSTICE is blindfolded!!!"** I never forgot that lesson, or Valerie's wisdom: "What is spoken is in the air, what is written is forever there"

**1994, Nov.7**-With 32 years of Trust Banking experience, having served on President Reagan's 20 person White House Committee on Philanthropy, elected President of the Westchester Estate Planning Council, Director of the CPA CLUB of Manhattan, elected President of the New York City Estate Planning Council, Elected a Director of the National Association of Estate Planning Councils, elected President of the Graystone Ave. Assn., elected President of the Bronxville Manor Association. Been an Adjunct Professor 1974-82, nights & weekends at Iona & Mercy Colleges, having created my 1982 SALES TRACKING SOFTWARE, with my database of millionaires and their advisors, like Donald T. & Allen W.; Citibank hired me as a VP & Trust Officer to sell its Trustee and Executor Services, because during the hiring interviews, I best discussed **THE RULE AGAINST PERPETUITY**! Go God Go!

*Little did I know, Citibank would later send me to the CHANNEL ISLANDS off England to write my CHANNEL ISLANDS REPORT, which Citibank Chairman John Reed used on 11/9/99 to answer Senator Susan Collins' Banking Committee's questions. Carey said Reed was impressed, and named me a GRANDFATHERED & PROTECTED Whistle blower who can't be fired before my 3/17/18 retirement date. It led to SDNY U.S. Atty Geoffrey Berman's UNBELIEVEABLE 9 page court brief to Federal Judge VB telling him to deny me a HEARING, before the 2020 TRUMP-BIDEN election.*

Citibank hired me to replace WWII B-29 Navigator, Stephens Frost, retiring in 3 months, at age 75. Diane T. in HR, and Trust Head Isabel, and I had an **ORAL CONTRACT**, we shook hands and agreed, I could also work to age 75, and retire on 3/17/18, Saint Patrick's Day!

**1996, Mar 5**-Interviewing Trust Officers for prospects for the DYNASTY TRUST product in South Dakota, STEVE KORBEL, our Citibank boss JAMES J. CAREY, SVP and I, listened as Huguette Clark's, Citibank Trust Officer, Whistle blower JOHN B. BALANTINE, JR. told us he was bringing documents from his home, tomorrow,

2021.10.13.COURT: "CULLEN'S MISSION" REPORT to CONGRESS: *Hillary's CITI "GROUP", Donald's lying Blumenfeld, Whistle Blowers Veronica & me!" By* Citibank's Arrested Whistleblower - John Joseph Cullen, VP - ISBN# 978-0-578-19329-8

"PROVING" Citibank & Don Wallace in ALBERT PIRRO'S Law Firm owe $36,000,000 + interest to the 1926 Huguette Clark Trust for the benefit of the Corcoran Gallery of Art in Washington, DC.

**1996, Mar 6**-Next morning, as BRAVE BALLANTINE was being M-U-R-D-E-R-E-D in the Bernardsville, NJ train station parking lot, for being a Whistle blower, this 62 year old Citibank VP & Trust Officer, an heir to the Ballantine Beer fortune, with his dying strength, threw his brief case to the far side of a snowbank, out of sight. It was soon found by a GOOD SAMARITAN who turned it in at the station's Coffee Shop. A call was made to Whistle blower Ballantine's home, and a family member called Mr. Ballantine's Citibank office about 10 AM.  Ena & Veronica said he had not come in, yet. That evening, Whistle Blower Ballantine's frozen, battered, broken, body was found, hidden, under a commuter's truck, in the Bernardsville, NJ train station's parking lot!!!

I gave a print out of my SALES TRACKING SOFTWARE-DYNASTY REPORT & testimony to Citibank in-house lawyer, Scott R***, showing the M-U-R-D-E-R MOTIVE was to cover-up the $36,000,000 + loss.  Knowing Bank Officers MUST REPORT unusual transactions on the WATCH LIST for investigation by internal auditors and State & Federal Citibank's Regulators, I wanted it on the WATCH LIST. Scared Scott said "FORGET THE WATCH LIST", but then God sent me a message.

**1996, Mar 21**- Thursday, about 3:40 PM, an Estate Planning Unit, co-worker, Bob S. Esq., came into my CITI "BANK" 23rd floor office in 153 East 53rd Street, NYC and asked if I was talking to my son today? No, why, I asked? Bob S. said he has a radio in his office and it is reporting an unnamed Eastchester Cop has been killed by a sniper on MORGAN Street, his partner has a head wound, bleeding out behind his Eastchester Squad Car.  Each time Rescue Cops try to get near the Police Car, the MORGAN Street Sniper, shoots at them!!!

*(Note: As children in the 1950s South Bronx if we saw a cop, one would yell, what are Peeler's buttons made from?  Another would yell back, "DIRTY COPPER", as a neighborhood warning!)*

I did not own a Cell phone, and used Citibank's phone to call home, but no answer. I called the Eastchester PD, but busy, busy, signal.

2021.10.13.COURT: "CULLEN'S MISSION" REPORT to CONGRESS: *Hillary's CITI "GROUP", Donald's lying Blumenfeld, Whistle Blowers Veronica & me!" By* Citibank's Arrested Whistleblower - John Joseph Cullen, VP - ISBN# 978-0-578-19329-8

Terrified, I knew my Town of Eastchester only had about 50 Police Officers, perhaps 10 per shift, with 2 Cops inside and 8 on patrol, protecting our 36,000 residents. I knew Robert was on the 8AM to 4PM shift. With 25% odds Robert was killed, or wounded, I ran from 53RD & Lexington to Grand Central Terminal.

During the 29 minute ride to Bronxville, I cut another deal with GOD. I promised GOD I would do anything, anything, if he kept my son alive. Dear GOD, please let it be someone else's son who was killed or wounded, just not my son! I will do ANYTHING you command!

Like a race horse on Derby Day, I was at the train's doors as it pulled into Bronxville. When the doors opened, I bolted to the Taxi stand and told the driver it was an emergency, do not wait for other passengers to ride share, I would pay full fair, go, Go! GO! The Bronxville cab rode East up Pondfield Road, then turned North on White Plains Road towards Immaculate Conception Church. The driver turned right, on to Rose Ave. to Beech Streets. At Rose & Beech Street, I saw Carol in front of our house, with women around her. I told the cab driver to stop, in front of Phil & Mary *Carolan*-Denning's house, at Rose & Beech Street.

I wanted to be standing on my two feet when I heard the news, good or bad. Walking down Beech to 208, I noticed our American flag was still there, at full staff. Noreen Murphy's husband, John, gave me, and installed, the pole for a basketball hoop and backboard, when our kids were young. Now, it flew American's Flag.

Carol Anne, other women, and Mary *Carolan*-Denning, were on our driveway, as my heart sank. I stopped walking, my heart pounding faster and faster, the trees looked so green, the sky, vivid blue. I asked GOD to forgive me all my sins, and promised to do a GOOD DEED, every day, take me, NOT MY SON. Then I heard my dead Da's Irish voice. "Steady lad, steady! Shoulders back, don't you be the one to disgrace us, CULLEN'S can't cry!".

Mary *Carolan*-Denning saw me first, she yelled up Beech Street:

Bobby is OK, your son, is OK!

I looked up through the trees at the beautiful sky overhead. ***"Thank you God, Thank you God! A deal is a deal, whatever you command, whatever sacrifice you want from me, I promise, I Promise, I PROMISE I am yours to command!***

2021.10.13.COURT: "CULLEN'S MISSION" REPORT to CONGRESS: *Hillary's CITI "GROUP", Donald's lying Blumenfeld, Whistle Blowers Veronica & me!" By* Citibank's Arrested Whistleblower - John Joseph Cullen, VP - ISBN# 978-0-578-19329-8

The Nuns were right! **God works in mysterious ways!** A School Crossing Guard at the Eastchester High School called in sick that morning. My son, was CALLED TO DUTY, early, from his 8am to 4pm shift, to replace the sick School Crossing Guard in the morning. Robert was safely downstairs in the Eastchester Police locker room, changing out of uniform, when the 911 calls starting coming into Eastchester Police Headquarters on Mill Road.

SHOTS FIRED! SHOTS FIRED!! POLICE OFFICER DOWN!!!

The MORGAN STREET SNIPER killed Police Officer MICHAEL FREY, instantly, with a rifle shot to his left chest, at the narrow space between the front and back of his bullet proof vest. Michael Frey was just married, and I remember him having Caribbean blue-green eyes and a ready smile. There but for the Grace of God ...

*IN THANK'S for not taking my son that day, I PROMISED GOD, I WOULD DO a GOOD Deed, every day, for the rest of my life. Little did I know, what GOD had planned for me.*

Because of his past experience as a radio dispatcher, Robert was asked to work the Eastchester Police Radio, into that long, terrible, night.

Eastchester did not have an armored truck, so the NYPD SWAT TEAM came up from New York City to rescue the bleeding wounded cop, pinned down behind his patrol car. The MORGAN STREET SNIPER had earlier been arrested for domestic violence, but was released from jail on RIKERS ISLAND. He violated his parole and was going to be sent back to RIKERS ISLAND, which set him off, killing.

NYPD SWAT, rescued the wounded cop, and surrounded the MORGAN Street Sniper. SWAT spent hours trying to talk him into surrendering, peacefully! But ALBERT PIRRO'S wife, the Westchester D.A., was screaming on TV, that the COP KILLER was getting the death penalty!!! After hours of failed negotiation, NYPD SWAT killed the MORGAN Street Sniper, before he could talk.

As Father Walsh was saying Mass for P.O. MICHAEL FREY, inside Immaculate Conception Church in Tuckahoe, hundreds of mourners, like me, listened outside, over loudspeakers. Suddenly, a formation of police helicopters slowly thundered overhead in a MISSING MAN FORMATION for P.O. Michael Frey. As pipers played the slow march, as they lowered P.O. FREY down, forever young, I also thought

21

2021,10.13.COURT: "CULLEN'S MISSION" REPORT to CONGRESS: *Hillary's CITI "GROUP", Donald's lying Blumenfeld, Whistle Blowers Veronica & me!" By* Citibank's Arrested  Whistleblower - John Joseph Cullen, VP -  ISBN# 978-0-578-19329-8

about my co-worker, Huguette Clark's Citibank Trust Officer, Whistle blower JOHN B. BALLANTINE, JR. M-U-R-D-E-R-E-D in the Line of Duty!!!

To quote POTUS Joe Biden, "Here is the Deal". I BELIEVE GOD listened to my prayers and SAVED my son Robert, so Madison & Emily could be born, which is why I want JUSTICE for my predecessor, Whistle blower JOHN B. BALLANTINE, JR.

*(Little did I know, that the M-U-R-D-E-R of P.O. Frey on 3/21/96 and my nephew's shoot-out on Feb 27, 1998, are significant to me because in April 1998 Pirro's partner, WALLY B\*\*\*, threatened to have Westchester DA Pi\*\*\* ruin my brother's and our sons' Police Careers, if Citibank did not hire him for $10,000 to "Supervise" CITI "BANK'S" FALSE FEDERAL FIDUCIARY Accounting for the 1926 HUGUETTE CLARK Trust for the Corcoran Gallery of Art in Wash. DC.*

*HUGHES said, to show WALLY B\*\*\* "GOOD FAITH", HUGHES "ORDERED" me to sign HUGHES 9/16/98 ATTORNEY RETENTION letter hiring WALLY BOCK to "SUPERVISE" the false 2 step 2001 Citibank Trustee Accounting to COVER-UP the missing $36,000,000 +, owed to the 1926 HUGUETTE CLARK TRUST, fbo the Corcoran Gallery of Art in Washington, DC!)  Afraid, of the threats to my family, I did sign Hughes Letter, hiring Wally B\*\*\*.*

*Little did I know, 3/6/96, that Albert Pi\*\*\* was Donald Trump's Westchester Real Estate Lawyer, and POTUS TRUMP'S last act on 1/20/21, pardoned ALBERT PIRRO*

**1997, May 26**- I only wrote the letter on page 96 of the Irish book, THE ROAD TO ARDLOW SCHOOL, and did not submit the picture on page 97.

**2007, July-** I return from lunch early and caught my new manager from Travelers, Donna Wit\*\*\* at my Citibank computer deleting my SALES TRACKING SOFTWARE & DATA containing the 3/6/96 $36,000,000 MOTIVE for the M-U-R-D-E-R of my predecessor, HUGUETTE CLARK'S Citibank Trust Officer, Whistle blower JOHN B. BALLANTINE, JR., VP & Trust Officer.

+++ +++  +++  +++  +++  +++  +++  +++  +++  +++  +++  +++

**2018, Jan 14**, Two agents from the Office of "Labor Racketeering and Fraud Investigations", Woods & Maureen E. Buoneto,  pushed their way into my home and "WARNED ME" NOT to go to the DOL-OSHA Office in Westbury, Long Island on 1/30/18 to submit my Freedom of Information Act (FOIA) Request for the transcript of the **HOAX Federal DOL-2012-SOX-0023.**

I handed Woods & Buoneto my: engraved USMC Zippo lighter and photo of Tommy, me, and our police officer sons, and have their fingerprints.  I obeyed

them, waited the extra day, and delivered my FOIA Request, for HUGHES, for DOL-2012-SOX-00023, a day later, on 1/31/18, and took "KILROY WAS HERE" pictures of the DOL-OSHA Westbury Office.

I received the FOIA, DOL-2012-SOX-00023, FILE for HUGHES, but it is ***30% REDACTED***, by our government, and, INCLUDES Federal Violation 6185551, "Disrupt Performance of Duties Gov't Employees". Thirty days after my scheduled Saint Patrick's Day 3/17/18 RETIREMENT, I was ORDERED to appear before a Federal Magistrate Judge, at 10 AM on 4/17/2018 at 100 Federal Plaza, Central Islip, NY 11722-4438. U.S. Attorney MARK MISORECK and his 6 men, ARMED, UNIFORMED Homeland Security SWAT UNIT took, WITHOUT A WARRANT, and will NOT RETURN the 134 page 4/16/18 DRAFT of my REPORT to CONGRESS...

**2018, Jun.1**-my HUGHES vetted, Consultant, who signed a Confidentiality Agreement for HUGHES, and I, visit Veronica's Gerrymandered ***Democratic*** Congresswoman Kathleen Rice's L.I. office. We turn in to Tom Curry, a DUPLICATE 134 page 4/16/18 DRAFT of my:

**REPORT to *CONGRESS*: Hillary's Citi "GROUP", Donald's lying *"EARS"* Blumenthal, Whistle Blowers Veronica & me!          (Reserved ISBN# 978-0-578-19329-8)**

I explained to ***Democrat Congresswoman Kathleen Rice's, staffer, Tom Curry*** why there needs to be an investigation of Travelers Solomon Smith Barney's R.I.C.O. Citi GROUP CRIMES & COVER-UPS in my Citi "BANK" Trust Dept.

**2018, July** - With "CULLEN'S MISSION" of 11/10/99 ACCOMPLISHED" I called my 11/10/99 Citi BANK assigned in-house lawyer, HUGHES, with Carey's GLORY GATE message, left on his home phone recording machine. It was past my 3/17/18 Citibank scheduled retirement date, I wanted to turn in the 15 boxes of evidence CAREY "ORDERED ME", on 11/10/99, to collect for HUGHES, to document **Travelers's R.I.C.O. Citi BANK Executives**, and collect Citibank's promised REINSTATEMENT, BACK PAY, EXPENSES, & PROMOTIONS for 3/9/07 BOOM BOOM ROOM Victim **"Whistle Blowers Veronica & me".**

**2018, Mar 17**- When Citi BANK DID NOT give me its promised REINSTATEMENT, BACK PAY, EXPENSES & PROMOTIONS, after my 3/17/18 Retirement Date, for ***"Whistle blowers Veronica & me"*** I filed:

*Fed. 7:18-CV-6369- **Democrat** (VB) which he **DISMISSED** **WITHOUT HEARING,** then*
*Fed. 7:19-CV-3934-**Democrat** (NSR)which he **DISMISSED** **WITHOUT HEARING***
because of 9 unsolicited pages submitted by SDNY US Atty ***Democrat*** Geoffrey
Berman, who had replaced ***Democrat*** Preet Bharara, who POTUS TRUMP FIRED!

**2018**-Before the **2020 TRUMP-BIDEN Election**, these two ***Democrat Obama-Biden***
appointed Federal Judges, (VB) & (NSR) violated **my Constitutional 1st Amendment**
**right to petition the government for redress of my back-pay grievances against**
**Citibank.** In 2007, I did become its FALSE CLAIMS ACT-WHISTLE BLOWER to the
DOL-OSHA and *Democrat* NYAG Andrew Cuomo, documenting: Travelers Solomon
Smith Barney CitiGROUP R.I.C.O. CRIMES & COVER-UPS in our Citibank Trust Dept.

**2018**-I filed **7:18-CV-06369(VB)** when I did not hear from my Citibank assigned in-
house-lawyer HUGHES, about my 3/17/18, Saint Patrick's Day Retirement!
***Democrat Obama-Biden's*** "Judge" Vincent L. Briccetti took $400 from me, and
took 9 pages from ***Democrat*** SDNY U.S. Atty PREET BHARARA'S successor
GEOFFREY BERMAN. Berman is a DOJ colleague of WENDY OLSEN-CLANCY who
worked for SDNY U.S. Attorney PREET BHARARA, from INDIA on 9/21/12, the day I
hand delivered 24 pounds of documents to Wendy for Preet. ***Democrat*** SDNY U.S.
Attorney Geoffrey Berman interfered, and wrote 9 pages to ***Democrat*** "Judge"
Briccetti, telling "THE JUDGE" do NOT to hear CULLEN's "UNBELIEVABLE" claims for
Citibank's back pay. "Judge" Briccetti obeyed DOJ "ORDERS"; and ***DISMISSED***
***Whistle Blower CULLEN, "WITHOUT a HEARING", to AVOID DISCOVERY. I wanted***
***to call Travelers CitiGROUP victims, like FIRST LADY HILLARY CLINTON, the***
***families of: M-U-R-D-E-R-E-D Whistle Blower Balantine etc.!***

**2018, Oct. 19**- I had put a Queens address into my phone and was photographed
crossing the toll Whitestone Bridge into Queens. FBI Agents Mark & Moses, then
showed up in my daughter's house telling my wife and daughters to have me come
back from Queens. I did and recorded the men who claimed to be "FBI Agents"
Mark & Moses. They accused Whistle Blower me of "threatening" Federal "Judge"
Briccetti by writing, he took $400 from me, then obeying DOJ'S Berman's 9 page
brief "DO NOT HEAR CULLEN'S BACK-PAY CLAIM" (because he can subpoena
employee witnesses like STEVE KORBEL, VP) The FBI agents said I can be put in
prison for 7 years, for threatening "JUDGE" BRICCETTI !!!

**2018, Nov. 18**-A daughter and I met with FBI Agents Michael & Steve in their Rye, NY Office.  FBI Agents Michael & Steve asked for the name of **"Whistle Blowers Veronica & me"** Trust Client, who stole the $1,000,000 Winston Churchill during delivery to the White House?  Knowing that in August 2007, my Citibank in-house-lawyer, HUGHES, "ordered me" to write another PAPER TRAIL MEMO, explaining why I was REFUSING TRAVELERS R.I.C.O. Executives ILLEGAL ORDER to add the $1,000,000 stolen painting, to one of the family's trusts, then have **"Whistle blowers Veronica & me"** "ART LAUNDER" it through Sotheby's,  I gave FBI Agents, Michael & Steve, the client's name, during the 11/18/18 video-taped session.

**2019, Jan 14**- I got confirmation HUGHES received Carey's 11/10/99 IRISH CODE message from me, because a man who sounded DRUNK, or had a stroke, *claiming to be NY "CITY" Police Detective Anthony Cozzi working for Manhattan D.A. Vance*, called me at night at my Westchester home.  He said TRAVELERS CITIGROUP does not want me to contact Citibank's HUGHES anymore. I explained HUGHES is my 11/10/99 assigned Citibank in-house lawyer and CONTACT.  Cozzi said he would call me back, with the Hillary Clinton contact information!

Cozzi ( Rhymes with fictional Keyser "Soze") did not tell me why ***Travelers R.I.C.O. Citigroup Executives***, a few days before the "SAUDI" ATTACKS ON AMERICA, sent the DIGITAL COPY of FIRST LADY HILLARY CLINTON BLIND TRUST FILE, by Internet, outside U.S. Jurisdiction, to first stop, INDIA, for examination by the NSA, WITHOUT F.I.S.A. WARRANTS. The World Wonders, its impact on the 2016 Clinton/Trump Election. Anthony Cozzi promised to call back, but never did, and did NOT return my calls to his Police Precinct office.

***2019,*** **April**-*trained by the U.S. Marines to "DO OR DIE" I tried again and filed* ***7:19-CV-03934-(NSR)*** *with* **Democrat Obama-Biden***"Judge"* Nelson S. Roman, who took another $400 from me. I emailed Roman's CASE # to interested parties.

**2019, April**- "A person" drops off a water damaged MacBookPro laptop belonging to drug addicted Hunter, the son of former ***Democrat*** Vice President Joe Biden, at a Delaware Computer repair shop. It links Hunter and his father, Joe to questionable business deals in China and the Ukraine.

**2019, April 29**- I meet in Eastchester's Barnes & Nobel with TRUMP FIRED U.S. Attorney PREET BHARARA, from INDIA, during his book tour: "DOING JUSTICE". He

2021.10.13.COURT: "CULLEN'S MISSION" REPORT to CONGRESS: *Hillary's CITI "GROUP", Donald's lying Blumenfeld, Whistle Blowers Veronica & me!" By* Citibank's Arrested Whistleblower - John Joseph Cullen, VP - ISBN# 978-0-578-19329-8

avoids eye contact with me, and never answered what he did with the 24 pound of documents I LENT Wendy & him on 9/21/12 ? Why didn't Wendy and he DO JUSTICE in 2012 for First Lady Hillary Clinton and investigate why a few days before the 9/11/01 SAUDI ATTACKS on AMERICA, ***Travelers R.I.C.O. Citi GROUP Executives*** sent the digital copy of Hillary's BLIND TRUST File, by Internet, outside U.S. Jurisdiction, to Bharara's native, INDIA, for examination by the NSA?

**2019, May 5**- My HUGHES vetted Consultant & I meet in Wash. D.C. Headquarters with SIGTARP Agents. They say Traveler's Citi GROUP has repaid ALL the $45 Billion with interest.  They will NOT TELL us how much was spent on White House Counsel Fred Fischer Fielding's Morgan Lewis & Bockius law firm for the "**HOAX**", as I worked, for 10+ years as **Citi BANK'S Pro Se "STRAWMAN PLAINTIFF" Verses Citi BANK** in the 4 Federal Cases, which I did not start, nor pay lawyers, nor pay Court fees:

**2019, May 13**- My CO-WITNESS to the 3/6/96 M-U-R-D-E-R of my predecessor, Huguette Clark's Citi BANK Trust Officer, Whistle blower Ballantine, is healthy, wealthy, handsome, married, musically talented... STEPHEN KORBEL, VP, age 53, with loving children and friends, WITNESS Steve's bloodied, battered, body and witness against Travelers CitiGROUP, was found at 5:22AM, on 5/13/19, on the dark, remote, Montclair, NJ train tracks. Without even having basic human decency to wait until after Steve's remains were buried, THE VERY NEXT DAY...

**2019, May 14- *Democrat "Judge" Nelson S.Roman DISMISSED Whistle blower CULLEN, again, WITHOUT a HEARING, to AVOID DISCOVERY!!!*** Worse, "Judge" Roman even added, (FALSE CLAIMS ACT-WHISTLE BLOWER to Cuomo, Vance, Rice, Kane, King, the FBI, DOL-OSHA) ***CULLEN is subject to "PENALTIES"*** if I go into Federal Court trying to get my Citibank promised back-pay.

**2019, May 18**-"THERE WAS LOTS of TALK", when HUGHES, POWERS, CAROLAN and NANCY were NOT seen at Steve Korbel's overflow Memorial Church Service in Montclair, NJ. Of interest, after Steve's Memorial Service, I went to lunch with my co-workers. A Montclair Police Patrol car followed us into the parking lot. The Officer made me get out of my car, asked for my I.D., and called in my car license plate and I.D. into Dispatch.  When another call came in, the Officer released me, documenting I was in Montclair, NJ for Steve's 5/18/19 Memorial Service.

**2019, JULY 17-** NY "CITY" Police Detective Milton Lopez, shield # 7265, called my Westchester County home and said: "**he was working for Manhattan District Attorney CYRUS VANCE, JR., closing out COZZI'S old files. Lopez asked me to "help him", by coming down, "AGAIN" to Vance's Office at 1 HOGAN PLACE** ("Whistle blowers Veronica & me" testified there 9/8/10) to answer more questions about Travelers R.I.C.O. Citi GROUP Executives CRIMES & COVER-UPS in our Citi BANK Trust Dept).

**2019, JULY 18-** *__LURED OUT OF Westchester County JURISDICTION__* with my cell phone & laptop with its 7/17/19- 200+ pages draft for HUGHES of my:

**REPORT to _CONGRESS_: Hillary's Citi "GROUP", Donald's lying _"EARS"_ Blumenthal, Whistle Blowers Veronica & me!         (Reserved ISBN# 978-0-578-19329-8)**

*__LURED INTO New York "CITY" JURISDICTION__* to the 7th Floor of 1 Hogan Place, NY "CITY" Police Det. Lopez asked I ever talked to Detective Cozzi? I answered yes, but he never returned my calls. Lopez said he was "**UNDER ORDERS**" from District **Attorney VANCE to ARREST ME (A 2007 FALSE CLAIMS ACT Whistle Blower, to DOL-OSHA & NYAG Andrew Cuomo's staff, and, 9/8/10 Whistle blower to TRUMP HATER VANCE'S STAFF)**

*__TRUMP HATER VANCE__* NY "CITY" Det. Lopez TOOK POSSESION of my Citi GROUP Trust canvas bag with a red whistle, smart phone, my laptop and documents, my INTELLECTUAL PROPERTY, the 2019, July 17 DRAFT of 200+ pages of my:

**REPORT to _CONGRESS_: Hillary's Citi "GROUP", Donald's lying _"EARS"_ Blumenthal, Whistle Blowers Veronica & me!         (Reserved ISBN# 978-0-578-19329-8)**

"UNBELIEVABLY" my government paid, NYS Court Assigned, "**INEFFECTIVE DEFENSE COUNSEL", PUBLIC DEFENDERS never, Never, NEVER even asked TO SEE THE EVIDENCE AGAINST ME: "My Emails to the FBI, and a NYPD recorded telephone call I made to my Citibank lawyer HUGHES", with the "KEY" words to open the Glory Gate. INEFFECTIVE COUNSEL** Carly Bisceglie, her supervisor, Edward McCarthy and NYS 18B Lawrence Omansky, just watched, "like children sucking their thumbs", as I was taken away again to have MUG SHOTS & FINGER PRINTS, taken, again.

(a) I was made to do HANDCUFFED PERP WALKS through SWARMS of HARVEY WEINSTEIN photojournalist, again, and

(b) I was made to sign, IN HANDCUFFS, again, UNREAD by my INEFFECTIVE DEFENSE COUNSEL, ORDERS of PROTECTIONS, without even a 5 minute Hearing, or a JURY TRIAL, denying me my 2nd AMENDMENT RIGHT to possess FIRE ARMs to protect my family & property.

( c) Although I am HOMOPHOBIC since being raped in Bronx Boy Scout Troop  115, my government assigned ***INEFFECTIVE COUNSEL*** just watched as I had to sign, IN HANDCUFFS,  that I would NOT have HOMOSEXUAL CONTACT with the TRAVELERS TRIO, who HARASSED me since 2009 with their 4 phony federal cases, then had ***Democrat TRUMP HATER VANCE*** have me arrested, jailed & gagged, TWICE, on 7/18/19 & 8/9/19 to STOP PUBLICATION of the 11/10/99 Citibank ORDERED:

## REPORT to ***CONGRESS***: Hillary's Citi "GROUP", Donald's lying ***"EARS"*** Blumenthal, Whistle Blowers Veronica & me!          (Reserved ISBN# 978-0-578-19329-8)

**2020, Jan 23**-TRUMP HATER *Democrat* VANCE "UNBELIEVABLY" WITHHELD the EVIDENCE cited in my ARREST Indictments.  My NYS Court Appointed Lawyer, Omansky, and I had lunch in CHINATOWN.  He convinced me, Governor CUOMO & D.A. VANCE are corrupt ***Democrats*** who are NEVER GOING to give me DUE PROCESS and a JURY TRAIL.  They will NEVER let me subpoena other victims of Travelers R.I.C.0. Citi GROUP CRIMES & COVER-UPS in my Citi BANK Trust Dept. Omansky ADVISED ***the only way to STOP Democrat TRUMP HATER VANCE harassment of whistle blower me,*** is to plead down to MISDEMEANOR HARASSMENT. Lawrence let me take his picture to publish in my REPORT to CONGRESS... I paid for our CHINATOWN lunch, and $120 + $120 in Court Costs on 1/23/20, on my Capital One card, to help Congress "FOLLOW THE MONEY."

**QUESTION for Citibank's HUGHES:**  When CULLEN, in 2004, gave you correspondence and printouts from his SALES TRACKING SOFTWARE, to give to the PITTSBURGH FEDERAL COURT, proving a SMITH BARNEY BROKER was STEALING from a SPECIAL NEEDS TRUST for an AUTISTIC CHILD who was 2 years old on 9/8/94 when his father was KILLED on USAIR flight 427, when it crashed near Pittsburgh, Pennsylvania, why did you allow Valerie and CULLEN to be taken off the Autistic Child's Trust, by Travelers executives: Ed Ora***, Dick Trump***, and CAROLAN, because they said CULLEN was "NOT FLEXIBLE ENOUGH"?

**++++++++++++++++++++++++++++++++++++++++++++++++++**

2021.10.13.COURT: "CULLEN'S MISSION" REPORT to CONGRESS: *Hillary's CITI "GROUP", Donald's lying Blumenfeld, Whistle Blowers Veronica & me!" By* Citibank's Arrested Whistleblower - John Joseph Cullen, VP - ISBN# 978-0-578-19329-8

## Second Amendment: *" the right of the people to keep and bear Arms, shall I not be infringed"*

During my WHISTLE BLOWER ARRESTS on 7/18/19 and 8/9/19 the arresting officers, NYPD Detective Milton Lopez and Federal Agent "Ruben" gave me a choice. Either sign the ORDERS of PROTECTIONS, in handcuffs, agreeing:

1. not to have HOMO SEX with the TRIO Citi "GROUP" employees who had Whistle Blower me arrested, and I had to agree to

2. give up my *RIGHT TO HAVE a FIRE ARM, without a HEARING* so I could NOT PROTECT Whistle Blower me, my family and our home from the R.I.C.O. EXECUTIVES COVERING up the 3/6/96 M-U-R-D-E-R my predecessor, HUGUETTE CLARK'S CITI "BANK" Trust Officer, Whistle Blower John B. Ballantine, Jr. Or, I would be sent in an IRISH PADDY WAGON "to RIKERS ISLAND to be killed by the BLOODS & CRIPS!" Lopez & "FEDERAL AGENT RUBEN" said the BLOODS & CRIPS control RIKERS ISLAND. They would be told I was a "SQUEALER" and, I will be "KNIFED to DEATH because no one likes SQUEALERS".

++++++++++++++++++++++++++++++++++++++++++++++++

## Fourth Amendment: *"The right of the people to be secure in their persons, housing, papers, and effects, against unreasonable searches and seizures, shall not be violated".*

During my 7/18/19 & 8/9/19 Arrests by the NY "CITY" PD, WHICH DOES NOT HAVE JURISDICTION in Westchester County, I was separated from my laptop computer and smart phone. When I was released from jail, at the end of the day, both were returned, BUT, the contents copied: 1000+ photographs, email addresses, telephone numbers, and the 7/17/19 DRAFT 200 pages + of my intellectual property:

**REPORT to *CONGRESS*: Hillary's Citi "GROUP", Donald's lying *"EARS"* Blumenthal, Whistle Blowers Veronica & me!** (ISBN# 978-0-578-19329-8)

**WITHOUT WARRANTS!!!**

++++++++++++++++++++++++++++++++++++++++++++++++++

**Seventh Amendment:** *"In suits of Common Law where the value in controversy exceeds $20, the right to a TRIAL by JURY shall be preserved."*

TRUMP HATER Democrats OBAMA-BIDEN appointed Democrat Federal "Judges" Vincent L. Briccetti & Nelson S. Roman; and Democrat TRUMP HATER VANCE all denied this whistle blower, a TRIAL BY JURY and the opportunity to question UNDER OATH the CitiGROUP CitiBANK TRIO who had me HARASSED since 2009, then ARRESTED, JAILED & GAGGED before the 2020 TRUMP-BIDEN ELECTION and call other victims, like FIRST LADY & NYS Senator HILLARY CLINTON, of RACIST TRAVELERS SOLOMON SMITH BARNEY'S R.I.C.O. CRIMES & COVER-UPS in my Citibank Trust Dept. on 2018, 5/14/19, 7/18/19, 8/9/19 AM & PM, 9/16/19, 11/19/19, 12/11/19, 12/16/19, and 1/23/20 AM & PM.

**+++++++++++++++++++++++++++++++++++++++++++++++++++**

**Thirteenth Amendment:** *"Neither Slavery or involuntary servitude shall exist anywhere in the United States".*

2007, Nov 28-After my (WRONGFUL) Termination Notice in 90 days, by TRAVELERS SOLOMON SMITH BARNEY R.I.C.O. Citi "GROUP" Executives, because *HUGHES in our Citi "BANK" LEGAL UNIT* told me to write another PAPER TRAIL MEMO, about the stolen, during delivery to the WHITE HOUSE, the $1,000,000 Winston Churchill painting, **I was OFFERED**, to work as an Independent Contractor, UNDERCOVER, OFF-THE-BOOKS, for Citi BANK, AGAINST Travelers R.I.C.O. Citi GROUP. **I ACCEPTED and gave the above CONSIDERATION and have NOT received Citi BANK'S 3/5/05 promised: REINSTATEMENT, BACK PAY, EXPENSES, & PROMOTIONS for "Whistle Blowers Veronica & me", since 1/29/08!**

*Little did I know that 25 years after the 3/6/96 M-U-R-D-E-R of Whistle Blower Ballantine, that on 1/6/21, POTUS TRUMP would encourage "Peaceful Protestors" to the Capital building, and, on 1/20/21, in his last hour as POTUS, TRUMP PARDONED his 1996 Westchester real estate lawyer, ALBERT PIRRO.*

**--------------------------------------------------------------------------------**

**If the defendant is a corporation:**

The defendant, **Citibank, National Association**, is incorporated under the laws of the **State of New York,** it is a Global Corporation, with its Headquarters at 388 Greenwich Street, New York, NY 10013

## II. PARTIES

### A. PLAINTIFF INFORMATION:

John Joseph Cullen, Accredited Estate Planner

Bronxville Manor, 208 Beech Street, Eastchester, NY 10709-3840

Cell Tele: 1-914-715-0282        EMAIL: cullenusmc@msn.com

### B. DEFENDANT INFORMTON:

Citi GROUP'S Citi BANK Legal Department

388 Greenwich Street

New York, NY 10013

Att. James Chalmers Hughes, IV, Esq.

hughes,james.c.@citi.com            Main Tel 1-917- 746-4481

### III. STATEMENT OF CLAIM:

Theft of my SALES TRACKING SOFTWARE & DATA, Breach of Employment Contract, Breach of our 2008 Non-Disclosure Agreement by NOT providing LAWYER when I was subpoenaed by clients & law enforcement, orchestrating my FALSE ARRESTS on 7/18/19 & 8/9/19, to STOP PUBLICATION BEFORE THE 2020 TRUMP-ELECTION of my 11/10/99 Citibank assigned:

**REPORT to _CONGRESS_: Hillary's Citi "GROUP", Donald's lying _"EARS"_ Blumenthal, Whistle Blowers Veronica & me!** (ISBN# 978-0-578-19329-8)

**_Places of occurrence:_** Westchester County, and New York City

**_Dates of occurrence:_** On 11/10/99 to 1/23/20, by my CitiBANK Superior Officer James J. Carey, SVP, "ORDERED" Trust Office STEVE KORBEL, and me, to DOCUMENT Travelers Solomon Smith Barney R.I.C.O. Citi GROUP CRIMES & COVER-UPS in our Citi BANK Trust Dept, for JAMES CHALMERS HUGHES, IV in our Citi BANK Trust Legal Unit.

## FACTS: AS ABOVE:

### INJURIES: *If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.*

I was rushed to White Plains, NY Hospital, with Congestive Heart Failure just days before the 2016 Presidential Election, after I realized the FBI and ***Democrat*** Senator Schumer and ***Republican*** Congressman Peter King, were NOT GOING TO INVESTIGATE the 3/6/96 M-U-R-D-E-R and why just days before the 9/11/01 "SAUDI" ATTACK on our AMERICAN HOMELAND, the digital copy of First Lady Hillary Clinton's Blind Trust File, was sent by internet, outside U.S. Jurisdiction, to first stop INDIA to be examined by the NATIONAL SECURITY AGENCY, WITHOUT F.I.S.A. WARRANTS!

### IV. RELIEF: *State briefly what money damages or other relief you want the court to order:*

(a) *ILLEGALLY BARRED* by Federal "Judge" Nelson Roman**19-CV-3934 (NSR)** to submit my $4,000,000 back-pay with interest Citibank Claim since 1/28/08 for **"Whistle Blowers Veronica & me"**                                    0.*

(b) Citi Hired Claudette MAIR in 2009 to terrorize my family   $1,000,000.

(c) Citibank instigated my False Arrests by NY "CITY" POLICE on 7/18 & 8/9/19 to STOP publication before the 2020 TRUMP-BYDEN election of my **REPORT to CONGRESS...**   $5,000,000.

(d) Citi ordered Donna Wit*** to DESTROY my Sales Tracking Software, and data with the 3/6/96 MURDER MOTIVE   $3,000,000.

$ 9,000,000.

(e) Return of all photos Citi GROUP paid CLAUDETTE MAIR to take, at least six times, in 2009, of my family, our home, our cars license plates etc. to terrorize me into NOT TESTIFYING to ***Democrat*** President Obama's Comptroller of the Currency as demanded by Travelers RUTH A. HERZOG TRUST beneficiaries Joan & CIA AGENT, Roy Alan Durham.

(f) I demand my 2 FALSE ARRESTS on 7/18 & 8/9/19 be expunged! I have the right to FREE SPEECH to write about the details of TRAVELERS SOLOMON SMITH BARNEY CITIGROUP CRIMES & COVER-UPS in my Citibank Trust Department including: the cover-up of the 3/6/96 M-U-R-D-E-R of my

predecessor, Whistle Blower JOHN B. BALLANTINE, JR., VP & Trust Officer, killed in the line of duty!!! May he and Witness STEVE KORBEL, VP & Trust Officer, killed 5/13/19, Rest in Peace!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

## V.  PLAINTIFFS CERTIFICATION AND WARNINGS,

By signing below, I certify to the best of my knowledge, information and belief that (1) these claims are not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation, (2) the claims are supported by existing law or by nonfrivolous argument to change existing law: (3) the factual contentions have evidentiary support after reasonable opportunity for further investigation or discovery; and (4) the CLAIMS comply with the 1st· 2nd ,4th, 5th , 6th ,7th ,9th and 13th Amendments to the U.S Constitution.

I agree to notify the Clerk's Office in writing of any changes to my mailing address on file with the Clerk's Office may result in the dismissal of my Claims.

Plaintiff Author has signed and dated the complaint and attached copies of other court documents.  Plaintiff AUTHOR is enclosing a $402.00 payment to White Plains Federal Court, because the 11/10/99 Citibank assigned "CULLEN'S MISSION" was accomplished on 6/1/18, when I turned in the 4/16/18 DRAFT of 134 pages to Congresswoman Kathleen Rice of my:

**REPORT to _CONGRESS_: *Hillary's Citi "GROUP", Donald's lying "EARS" Blumenthal, Whistle Blowers Veronica & me!*** (Reserved ISBN# 978-0-578-19329-8)

DATED 10/ 13/2021

Plaintiff Author's signature *John Cullen*

JOHN JOSEPH CULLEN, Citibank VP & Trust Officer, as of 11/7/94

Bronxville Manor, 208 Beech Street, Eastchester, NY 10709 -3840

**Cell Phone (914) 715-0282**       EMAIL: CullenUSMC@msn.com

Home  (914) 793-1478

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*EXHIBIT*
*# 1 of 4*

JOHN JOSEPH CULLEN,

                    Plaintiff,

        -against-

CITI GROUP,

                Defendant.

19-CV-3934 (NSR)

ORDER OF DISMISSAL

NELSON S. ROMÁN, United States District Judge:

    Plaintiff brings this *pro se* action, for which the filing fee has been paid, invoking the Court's federal question jurisdiction. The Court dismisses the complaint for the reasons set forth below.

## STANDARD OF REVIEW

    The Court has the authority to dismiss a complaint, even when the plaintiff has paid the filing fee, if it determines that the action is frivolous, *Fitzgerald v. First E. Seventh Tenants Corp.*, 221 F.3d 362, 363-64 (2d Cir. 2000) (*per curiam*) (citing *Pillay v. INS*, 45 F.3d 14, 16-17 (2d Cir. 1995) (*per curiam*) (holding that Court of Appeals has inherent authority to dismiss frivolous appeal)), or that the Court lacks subject matter jurisdiction, *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999). The Court is obliged, however, to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original).

    A claim is frivolous when it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 324-25 (1989), *abrogated on other grounds by Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007); *see also Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/2019

(holding that "finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible"); *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) ("[A]n action is 'frivolous' when either: (1) the factual contentions are clearly baseless . . . ; or (2) the claim is based on an indisputably meritless legal theory.") (internal quotation marks and citation omitted).

## BACKGROUND

Plaintiff brings this action against Citi Group, a multinational investment bank and financial services corporation, alleging that it wrongfully terminated his employment. He also makes passing mention of the "RICO Act" and raises allegations under the False Claims Act (*See* Compl. at 2, 12.) While Plaintiff's complaint is not a model of clarity, the key facts appear to be as follows: In November 1994, Plaintiff was hired as a "Citibank, NA, Vice President to sell Trust & Estate Services." (*Id.* at 11.) Citibank[1] requested that he install on its computers sales tracking software that he had previously developed. (*Id.*) Plaintiff alleges that his software subsequently identified a number of improprieties at the company, including missing money and the related murder of a Citibank Trust Officer. (*Id.*)

On November 9, 1999, Citibank Chairman John Reed and James J. Carey, Plaintiff's former boss, "confessed to Congress" that Citibank was laundering millions of dollars through its Trust Department. (*Id.*) In December 1999, Plaintiff received an email from Citibank Chairman Reed stating that Plaintiff was now a "grandfathered & protected" Citibank employee and that he "could not be fired." (*Id.*) Plaintiff alleges that he was subsequently fired because he refused orders from Citi Group executives "to place a $1,000,000 painting, STOLEN from the WHITE

---

[1] Citi Group is a multinational investment bank and financial services corporation that owns Citicorp, which is the holding company for Citibank.

HOUSE, into a CITIBANK TRUST" and to sell the stolen painting at Sotheby's. (*Id.* at 12)
(emphasis in original.) He seeks money damages and the return of his sales tracking software.
(*Id.* at 6.)

## DISCUSSION

### A.   Plaintiff's claims are frivolous

Even when read with the "special solicitude" due *pro se* pleadings, *Triestman*, 470 F.3d at
474-75, Plaintiff's claims rise to the level of the irrational, and there is no legal theory on which
he can rely. *See Denton*, 504 U.S. at 33; *Livingston*, 141 F.3d at 437. The Court therefore
dismisses this action as frivolous.

District courts generally grant a *pro se* plaintiff an opportunity to amend a complaint to
cure its defects, but leave to amend is not required where it would be futile. *See Hill v. Curcione*,
657 F.3d 116, 123-24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988).
Because the defects in Plaintiff's complaint cannot be cured with an amendment, the Court
declines to grant Plaintiff leave to amend.

### B.   Plaintiff's litigation history

This is not the first frivolous action that Plaintiff has brought in this Court. In September
2018, the Hon. Vincent Briccetti granted Defendant Citibank's motion to dismiss, agreeing that
Plaintiff's complaint was frivolous. *See Cullen v. Citibank*, No. 18-CV-6369 (VB) (ECF No. 28)
(S.D.N.Y. Sept. 18, 2018). That complaint included the same wrongful termination claim that
Plaintiff asserts here. In dismissing Plaintiff's action, the Judge Briccetti held that "[e]ven a
liberal reading of [P]laintiff's complaint presents no arguably meritorious issue" and that
"Plaintiff's allegations rise to the level of the irrational, and there is no legal theory on which he
can rely." (*Id.* at 4.) Plaintiff is warned that the continued submission of frivolous documents

may result in the imposition of additional sanctions, including monetary penalties. *See* 28 U.S.C. § 1651.

**CONCLUSION**

The Clerk of Court is directed to mail a copy of this order to Plaintiff, and note service on the docket.

Plaintiff's complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 14, 2019
      White Plains, New York

                                        NELSON S. ROMÁN
                                   United States District Judge

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

*EXHIBIT #2*

THE PEOPLE OF THE STATE OF NEW YORK

-against-

MISDEMEANOR

John Cullen (M 74),

ADA Mark Monaco
(212) 335-3506

Defendant.

Detective Milton Lopez, Shield #7265 of the New York County District Attorney's Office Squad, states as follows:

*The defendant is charged with:*

| | | |
|---|---|---|
| 1 | PL 240.30(1)(a) | Aggravated Harassment in the Second Degree (defendant #1: 3 counts) |
| 2 | PL 240.30(2) | Aggravated Harassment in the Second Degree (defendant #1: 1 count) |
| 3 | PL 240.26(1) | Harassment in the Second Degree (defendant #1: 3 counts) |

At the times and places described below in the County and State of New York, the defendant, with intent to harass another person, communicated, anonymously and otherwise, by telephone, by computer and another electronic means, and by mail, and by transmitting and delivering another form of communication, a threat to cause physical harm to, and unlawful harm to the property of, such person, and a member of such person's same family and household as defined in subdivision one of section 530.11 of the criminal procedure law, and the defendant knew and reasonably should have known that such communication would cause such person to reasonably fear harm to such person's physical safety and property and to the physical safety and property of a member of such person's same family and household; the defendant, with intent to harass and threaten another person, made a telephone call, whether or not a conversation ensued, with no purpose of legitimate communication; the defendant, with intent to harass, annoy and alarm another, subjected that person to physical contact and attempted and threatened to do the same.

*The factual basis for these charges are as follows:*

I am informed by James Hughes, of an address known to the district attorney's office, that on September 17, 2018, at approximately 11:49 AM, at 26 Gramercy Park South in the county and state of New York that he received an email from the defendant in which the defendant stated in substance: "Jeremy Blumenfeld and James Hughes may suffer MOB JUSTICE," and the defendant listed Jeremy Blumenfeld's address and phone number in the email.

*CR-023437-19NY*

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| THE PEOPLE OF THE STATE OF NEW YORK | MISDEMEANOR |
|---|---|
| -against- | |
| John Cullen (M 74), | ADA Mark Monaco |
| Defendant. | (212) 335-3506 |

I am further informed by Mr. Hughes that on October 1, 2018, at approximately 8:05 AM, at the above described location that he received an email from the defendant in which the defendant listed his address and telephone number, the address and telephone number of Jeremy Blumenfeld, and the address and telephone number of Michael Carolan, and threatened to release them publicly.

I am further informed by Mr. Hughes that on October 9, 2018, at approximately 6:12 AM, at the above described location, he received an email from the defendant in which the defendant stated in substance: "Marines follow orders, or men die."

I am further informed by Mr. Hughes that on February 24, 2019, at approximately 9:09 PM, at the above described location, he received an email from the defendant in which the defendant stated in substance: "I fear HUGHES is now subject to a Ballantine type, 'fatal accident'."

I am further informed by Mr. Hughes that on March 4, 2019, at approximately 5:22 AM, at the above described location, an email was sent from the defendant addressed to Mr. Hughes in which the defendant stated in substance: "I think HUGHES is in danger, of having a BALLANTINE type, fatal 'accident.'"

I am further informed by Mr. Hughes that on March 17, 2019 at approximately 5:25 PM, at the above described location, an email was sent from the defendant addressed to Mr. Hughes in which the defendant stated in substance: "I plan to publish in my REPORT pictures of Federal Judges Karas, Henley & Bricetti, and U.S. Attorneys GEOFFREY BERMAN and PREET BHARARA," and further stated in substance: "I plan to publish in my REPORT pictures of "EARS" BLUMENFELD'S wife and family," and that he would publish Mr. Blumenfeld's address.

I am further informed by Mr. Hughes that on April 26, 2019 at approximately 7:55 AM, at the above described location, an email was sent from the defendant addressed to Mr. Hughes in which the defendant stated in substance: "When is your client CITI GROUP going to admit who ordered the MURDER of Huguette Clark's Citibank Trust Officer, JOHN BALLANTINE..." and "May GOD have mercy on you, and your family, for

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

John Cullen (M 74),

Defendant.

MISDEMEANOR

ADA Mark Monaco
(212) 335-3506

messing with this U.S. Marine…"

I am further informed by Mr. Hughes that on May 20, 2019 at approximately 11:20 AM, at the above described location, an email was sent from the defendant addressed to Mr. Hughes in which the defendant stated in substance: "'The longer you live, the sooner you will die.'"

I am further informed by Mr. Hughes that additional emails were sent from the defendant addressed to Mr. Hughes on April 17, 2019 at 6:49 PM, on May 1, 2019 at approximately 7:49 AM, on May 11, 2019 at approximately 9:35 AM, on May 27, 2019 at approximately 11:19 AM, and on June 7, 2019 at approximately 8:42 AM, at the above described location.

I am further informed by Jeremy Blumenfeld, of an address known to the district attorney's office, that all of the above described email messages were sent by the defendant and addressed to Mr. Blumenfeld, at the above described dates and times, at 101 Park Avenue in the County and State of New York.

I am further informed by Michael Carolan, of an address known to the district attorney's office, that all of the above described email messages were sent by the defendant and addressed to Mr. Carolan, at the above described dates and times, at 601 Lexington Avenue in the County and State of New York.

I am further informed by Mr. Hughes, Mr. Blumenfeld, and Mr. Carolan that they knew that all the above mentioned emails were from the defendant because they recognized the email address to be that of the defendant's and because the defendant identified himself in each of the emails.

I am further informed by Mr. Hughes, Mr. Blumenfeld, and Mr. Carolan that the above described conduct caused them annoyance and alarm, and to fear for their physical safety.

I am further informed by Mr. Hughes, that on March 8, 2019 at 5:45 AM, at 26 Gramercy Park South in the County and State of New York he received a voicemail from

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

John Cullen (M 74),

Defendant.

MISDEMEANOR

ADA Mark Monaco
(212) 335-3506

the defendant in which the defendant stated in substance: "This is John Cullen, I am not gonna get screwed over by your good buddy Jeremy Blumenfeld.  I'm not letting go, you better fix this or I'm going to Congress. Call me back 914-715-0282."

I am further informed by Mr. Hughes, that he knew the voicemail was from the defendant because he identified himself in the voicemail and left his call back number, which Mr. Hughes recognized to be the defendant's phone number.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

_____
Detective Milton Lopez

07/18/19
Date

1430
Time

*EX #3*

ORI No: _____
Order No: ___NY030033J___
NYSID No: **147355712**
CJTN No: _____

At a term of the Criminal Court, County of _____,
at the Courthouse at _____, State of New York

Criminal Form 2    9/2009

Present: Hon. **Clynes**

THE PEOPLE OF THE STATE OF NEW YORK

-against-

**Cullen, John**                          Defendant.

Date of Birth: **10/28/1942**

**ORDER OF PROTECTION**
Non - Family Offenses – C.P.L. §530.13
(Not involving victims of domestic violence)

☐ Youthful Offender (check if applicable)

Part: _____   Index/Docket No: **CR-023437-19NY**
Indictment No., if any: _____

Charges: **240.30(1)(a) et al**

[Check one] ☐ Ex Parte   ☑ Defendant Present In Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

☑ TEMPORARY ORDER OF PROTECTION - Whereas good cause has been shown for the issuance of a temporary order of protection as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal.
☐ ORDER OF PROTECTION - Whereas defendant has been convicted of [specify crime or violation] _____

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:
☑ Stay away from
and/or from the
   ☑ [name(s) of protected person(s) or witness(es)] **Jeremy Blumenfeld, Michael Carolan,** James Hug
   ☑ home of **Jeremy Blumenfeld, Michael carolan, James Hughes**
   ☑ school of **Jeremy Blumenfeld, Michael Carolan, James Hughes**
   ☑ business of **Jeremy Blumenfeld, Michael Carolan, James Hughes**
   ☑ place of employment of **Jeremy Blumenfeld, Michael Carolan, James Hughes**
   ☐ other _____
☐ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with
[specify protected person(s)] _____
☑ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats or any criminal offense or interference with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify] **Jeremy Blumenfeld, Michael Carolan, James Hughes**
☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, names(s)]: _____
☐ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following _____ and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but in no event later than [specify date/time] _____ at _____
☑ Specify other conditions defendant must observe for the purpose of protection **no third party contact**

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☐ suspended or ☐ revoked (Note: Final Order Only), and/or ☐ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes.) NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including [specify date] **6-10-20**

DATED: **12-11-19**

☑ ☐ ____endant advised in Court of issuance and contents of Order.
☐ ☐ ____er personally served on Defendant in Court: _____
☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant.
ADDITIONAL SERVICE INFORMATION: [specify]: _____

JUDGE/JUSTICE **HON. JAMES G. CLYNES**
Court (Court Seal)

**John Cullen**
(Defendant's signature)

The Criminal Procedure Law provides that presentation of a copy of ___
pursuant to his or her special duties ___

EX#4

**citibank**

FC# 00163 FA# 052
D54-02 Ck. Ser. #          116096955

****FOUR HUNDRED TWO DOLLARS****          $0.00 ONL PIC

****FEDERAL COURT-WHITE PLAINS,NY****

**OFFICIAL CHECK**

116096955

DATE   10/04/21

**$402.00**

Drawer: Citibank, N.A.

K.N.A.

REMITTER

JOHN V CULLEN

IS NAME
N.A.One Penn's Way
No. DE 19720

Pa: John V Cullen VI & Trust

BY
AUTHORIZED SIGNATURE

⑈116096955⑈ ⑆031100209⑈ ⑈ 3876 2924⑈

62-20
311